# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 20, 2023

## NO. 03-22-00307-CV

**Mark Joseph Watson, Appellant**

**v.**

**City of San Marcos, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND JONES
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the final order granting appellee's plea to the jurisdiction signed by the trial court on May 24, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's final order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.